STAYED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00281

Garza et al v. Pfizer Inc. et al
Assigned to: Judge Janis Graham Jack
Case in other court: 79th District Court of Brooks County, Texas, 07-00004-13978CV
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/22/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Juana Garza**
*Individually, and as Representative of the Estate of Federico Garza, Deceased, and as Surviving Spouse of Federico Garza, Deceased*

represented by **Kathryn A Snapka**
Snapka & Turman LLP
P O Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Anita Shahani**
Snapka, Turman & Waterhouse, LLP
PO Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ashahani@stwllp.com
*ATTORNEY TO BE NOTICED*

**Gregory Wayne Turman**
Snapka, Turman & Waterhouse, LLP
606 N Carancahua
Ste 1511
Corpus Christi, TX 78476
361-888-7676
Fax: 361-884-8545 fax
Email: gturman@stwllp.com
*ATTORNEY TO BE NOTICED*

**Richard B Waterhouse, Jr**
Snapka Turman et al
606 N Carancahua
Ste 1511
Corpus Christi, TX 78403
361-888-7676

                                                          Fax: 361-884-8545 fax
Email: rwaterhouse@stwllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Briones**
*Individually, and as Heir to the Estate of Federico Garza, Deceased, and as Surviving Daughter of Federico Garza, Deceased*

represented by **Kathryn A Snapka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Anita Shahani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Wayne Turman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard B Waterhouse, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Federico Garza, II**
*Individually, and as Heir to the Estate of Federico Garza, Deceased, and as Surviving Son of Federico Garza, Deceased*

represented by **Kathryn A Snapka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Anita Shahani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Wayne Turman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard B Waterhouse, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Garza**
*Individually, and as Heir to the Estate of Federico Garza, Deceased, and as Surviving Son of Federico Garza, Deceased*

represented by **Kathryn A Snapka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Anita Shahani**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                  **Gregory Wayne Turman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                  **Richard B Waterhouse, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Trevino**  represented by  **Kathryn A Snapka**
*Individually, and as Heir to the Estate*  (See above for address)
*of Federico Garza, Deceased, and as*  *LEAD ATTORNEY*
*Surviving Daughter of Federico Garza,*  *ATTORNEY TO BE NOTICED*
*Deceased*

                                  **Aditi Anita Shahani**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                  **Gregory Wayne Turman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                  **Richard B Waterhouse, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**  represented by  **Kenneth J Ferguson**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: kjf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                  **John Andrew Hutton**
Clark Thomas & Winters, P.C.
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: ah1@ctw.com
*ATTORNEY TO BE NOTICED*

                                  **Kelly R Kimbrough**
Clark Thomas et al

                300 West 6th St
                15th Fl
                Austin, TX 78701
                512-472-8800
                Fax: 512-474-1129
                Email: krk@ctw.com
                *ATTORNEY TO BE NOTICED*

                **Leslie A Benitez**
                Clark Thomas et al
                P O Box 1148
                Austin, TX 78767
                512-472-8800
                Fax: 512-474-1129 fax
                Email: jmh@ctw.com
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Jacqueline Guerrero**

**Defendant**

**Bob Davis**

**Defendant**

**Jeanne L. Jalufka**     represented by  **Kenneth J Ferguson**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **John Andrew Hutton**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **Kelly R Kimbrough**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **Leslie A Benitez**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle M. Nelson**

**Defendant**

**Jason D. Hahn**

**Defendant**

**Robert G. Vial**     represented by  **Kenneth J Ferguson**
                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly R Kimbrough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie A Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathryn K. Truitt**

**Defendant**

**Kari A. McLuhan**

**Defendant**

**Reynaldo Riojas**

**Defendant**

**Francisco Meza**

**Defendant**

**Jack Barineau**

**Defendant**

**Erica Zeplin**               represented by **Kenneth J Ferguson**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **John Andrew Hutton**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Kelly R Kimbrough**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Leslie A Benitez**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Quinones**

**Defendant**

**W. Lance Goodson**            represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly R Kimbrough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie A Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keely Rodriguez**

**Defendant**

**Leah Silva**

**Defendant**

**Daniel Ponce**

**Defendant**

**Celeste Escobar**

**Defendant**

**Jill Guidry**

**Defendant**

**Daniel Townsend**

**Defendant**

**Lynsey Adame**            represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly R Kimbrough**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie A Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2007 | 1 | NOTICE OF REMOVAL from 79th Judicial District Court of Brooks County, Texas, case number 07-04-13978CV (Filing fee $ 350 receipt number 2799422) filed by Pfizer Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1 through 5# 3 Exhibit 6(A) through 6(U)# 4 Exhibit 7(A) through 7(M))(Benitez, Leslie) (Entered: 06/22/2007) |
| 06/22/2007 | 2 | DEMAND for Trial by Jury by Pfizer Inc., filed.(Hutton, John) (Entered: 06/22/2007) |
| 06/22/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc., filed. (Ferguson, Kenneth) (Entered: 06/22/2007) |
| 07/05/2007 | 4 | ORDER OF RECUSAL. Judge Hayden Head recused. Case reassigned to Judge Janis Graham Jack for all further proceedings.( Signed by Judge Hayden Head ) Parties notified.(lcayce, ) (Entered: 07/06/2007) |
| 07/16/2007 | 5 | MOTION to Stay by Pfizer Inc., filed. Motion Docket Date 8/6/2007. (Attachments: # 1 Exhibit 1 through 10# 2 Exhibit 11 through 15# 3 Proposed Order)(Hutton, John) (Entered: 07/16/2007) |
| 07/16/2007 | 6 | ORDER granting 5 Motion to Stay.( Signed by Judge Janis Graham Jack ) Parties notified.(dperez, ) (Entered: 07/16/2007) |
| 08/03/2007 | 7 | Courtesy copy of Letter to Clerk of Court for the Northern District of California from Jeffery N. Luthi re: MDL-1699, filed. (rvazquez, ) (Entered: 08/03/2007) |
| 10/26/2007 | | ***PDF documents emailed to clerk, Northern District of California as requested in D.E. 7, filed. (lcayce, ) (Entered: 10/26/2007) |
| 10/29/2007 | 8 | Letter from Clerk, Northern District of California re: transfer of case to MDL 05-1699, filed. (lcayce, ) (Entered: 11/01/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/06/2007 12:59:49 | | |
| **PACER Login:** us4077 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:07-cv-00281 |
| **Billable Pages:** 4 | **Cost:** | 0.32 |