JUANA GARZA, INDIVIDUALLY, AND AS
REPRESENTATIVE OF THE ESTATE OF FEDERICO
GARZA, DECEASED, AND AS SURVIVING SPOUSE OF
FEDERICO GARZA, DECEASED; VERONICA BRIONES,
INDIVIDUALLY, AND AS HEIR TO THE ESTATE OF
FEDERICO GARZA, DECEASED, AND AS SURVIVING
DAUGHTER OF FEDERICO GARZA, DECEASED;
FEDERICO GARZA, II, INDIVIDUALLY, AND AS HEIR
TO THE ESTATE OF FEDERICO GARZA, DECEASED,
AND AS SURVIVING SON OF FEDERICO GARZA,
DECEASED; CARLOS GARZA, INDIVIDUALLY, AND
AS HEIR TO THE ESTATE OF FEDERICO GARZA,
DECEASED, AND AS SURVIVING SON OF FEDERICO
GARZA, DECEASED; AND FRANCES TREVINO,
INDIVIDUALLY AND AS HEIR TO THE ESTATE OF
FEDERICO GARZA, DECEASED, AND AS SURVIVING
DAUGHTER OF FEDERICO GARZA, DECEASED

VS.

PFIZER, INC., JACQUELINE GUERRERO, BOB DAVIS,
JEANNE L. JALUFKA, KYLE M. NELSON, JASON D.
HAHN, ROBERT G. VIAL, KATHRYN K. TRUITT, KARI
A. MCLUHAN, REYNALDO RIOJAS, FRANCISCO
MEZA, JACK BARINEAU, ERICA ZEPLIN, DEBORAH
QUINONES, W. LANCE GOODSON, KEELY
RODRIGUEZ, LEAH SILVA, DANIEL PONCE, CELESTE
ESCOBAR, JILL GUIDRY, DANIEL
TOWNSEND AND LYNSEY ADAME

UNITED STATES DISTRICT
COURT
NORTHERN DISTRICT OF
CALIFORNIA

MDL DOCKET NO. 1699

CASE DOCKET NO. C07-
5635CRB

**STIPULATION OF
DISMISSAL WITH
PREJUDICE AS TO ALL
DEFENDANTS**

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of

plaintiffs, Juana Garza, Individually and as Representative for the Estate of Federico Garza,

Deceased, and as Surviving Spouse of Federico Garza, Deceased; Veronica Briones, Individually

and as Heir to the Estate of Federico Garza, Deceased and as Surviving Daughter of Federico Garza,

Deceased; Federico Garza II, Individually and as Heir to the Estate of Federico Garza, Deceased, and

as Surviving Son of Federico Garza, Deceased; Carlos Garza, Individually and as Heir to the Estate

of Federico Garza, Deceased and as Surviving Son of Federico Garza, Deceased, against Defendant

1

Pfizer, Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party

to bear its own costs.

_____
Kathryn Snapka
The Snapka Law Firm
606 N. Carancahua, Suite 1511 (78476)
P.O. Drawer 23017 (78403)
Corpus Christi, Texas
361-888-7676

_____
Attorney for Pfizer, Inc.

Dated: _5-6-09_____

Dated: ___May 26, 2009_____

Pursuant to the terms set forth in the parties' Stipulation, it is so ordered.

_____
The Honorable Charles R. Breyer
United States District Judge

Signed:  May 29, 2009

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA